UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : Case No.: 21-cr-354 (APM) |
| THOMAS B. ADAMS, JR., | : |
| Defendant. | : |

# NOTICE OF APPEAL

**Name and address of appellant:** Thomas B. Adams, Jr.

**Name and address of appellant's attorney:** Diane Shrewsbury
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offenses:** 18 U.S.C. § 1512(c)(2) & (2): Obstruction of an Official Proceeding
18 U.S.C. § 1752(a)(1): Temporary Residence of the President

**Concise statement of judgment or order, giving date, and any sentence:**

SENTENCE (06/16/23): The Defendant is sentenced to 14 months of incarceration and 36 months of supervised release as to Count 1. The Defendant is sentenced to 12 months of incarceration and 36 months of supervised release as to Count 2. All terms of incarceration and supervised release shall run concurrently.

**Name and institution where now confined, if not on bail:** On personal recognizance

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

| | |
|---|---|
| June 22, 2023 | Thomas B. Adams, Jr. |
| DATE | APPELLANT |
| | |
| CJA, NO FEE    FPD | A. J. Kramer |
| PAID USDC FEE   NO | FEDERAL PUBLIC DEFENDER |
| PAID USCA FEE   NO | ATTORNEY FOR APPELLANT |

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? No