**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
**UNITED STATES OF AMERICA,**           )
                                        )
                                        )
      **v.**           )      **Criminal No. 21-cr-354 (APM)**
                                        )
**THOMAS B. ADAMS, JR,**                )
                                        )
    **Defendant.**                  )
_____ )

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 85, the court grants Defendant's Motion for Release Pending Appeal. Defendant shall be released forthwith pending appeal. Defendant shall report to the U.S. Probation Office in the district of residence within 48 hours of his release. His release conditions shall be the conditions of supervised release, which are set forth in the Judgment. Judgment, ECF No. 72, at 5–7. The parties shall contact the court within three days of the Supreme Court issuing its decision in _Fischer_ to schedule a status conference to address whether further proceedings will be necessary.

Dated: January 10, 2024

                        Amit P. Mehta
                    United States District Court Judge