# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3099**                    **September Term, 2024**

**1:21-cr-00354-APM-1**

**Filed On:** September 9, 2024

United States of America,

       Appellee

   v.

Thomas B. Adams, Jr.,

       Appellant

**BEFORE:**     Millett, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the joint motion to govern further proceedings, it is

**ORDERED** that appellant's conviction under 18 U.S.C. § 1512(c)(2) be vacated and the case be remanded for further proceedings.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Selena R. Gancasz
Deputy Clerk