UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 21-cr-354 (APM) |
| | ) | |
| **THOMAS B. ADAMS, JR.** | ) | |

## NOTICE OF WAIVER OF RIGHT TO IN-PERSON HEARING

Mr. Thomas B. Adams, Jr., through undersigned counsel, hereby waives under Federal Rules of Criminal Procedure 43(b)(2) his right to be present, in-person, at the resentencing hearing. This hearing is currently scheduled for October 9, 2024, at 10 a.m. EST before United States District Judge Amit P. Mehta, in case no. 21-cr-354, in the United States District Court for the District of Columbia.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Courtney L. Millian*
COURTNEY L. MILLIAN
DIANE SHREWSBURY
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500
courtney_millian@fd.org
diane_shrewsbury@fd.org